(No. 1285—

JOHN R. LOGAN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 24, 1928.*

RALPH R. SHERIDAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

This is a claim filed on behalf of the claimant, in order that the claimant might be reimbursed for cattle killed because they reacted to a tuberculosis test made by the State of Illinois.

The claim was forwarded to the Director of the Department of Agriculture, for report and he recommended that a claim of $73.86 be allowed.

On the recommendation of the Director of Agriculture an award in the sum of $73.86 is allowed.